BOARD OF CHOSEN FREEHOLDERS OF THE COUNTY OF ESSEX, PLAINTIFFS IN ERROR, v. STATE, BOARD OF CHOSEN FREEHOLDERS OF THE COUNTY OF UNION, PROSECUTORS, DEFENDANTS IN ERROR.

In error to the Supreme Court.    14 *Vroom* 391.

For the plaintiffs in error, *J. W. Taylor.*

For the defendants in error, *F. Bergen.*

THE CHANCELLOR.    The controversy in this case was between two public bodies, and was in reference to the establishment of part of the line between the two counties.    Since the argument of the cause in this court, the legislature has, by an enactment establishing the line in dispute, put an end to the controversy.    The writ of error will, therefore, be dismissed, but without costs.

---

STATE, EX REL. F. BLANKE, v. W. A. MULFORD, COLLECTOR.

On error to the Supreme Court.

For the plaintiff in error, *W. P. Wilson.*

For the defendant in error, *J. R. & N. English.*

PER CURIAM.    The judgment of the Supreme Court unanimously affirmed.